**Michael W. AHEARN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 05–3377.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2006.

Michael W. Ahearn, pro se.

**ORDER**

Order Vacated, See 2006 WL 266596.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**LEVITON MANUFACTURING CO.,
INC., Plaintiff–Appellant,**

v.

**LEEN & ASSOCIATES (doing business
as The Designers Edge), Defendant–
Appellee.**

No. 05–1235.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2006.

Before GAJARSA, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

**ORDER**

A petition for rehearing having been filed by the APPELLANT,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on January 11, 2006.